SOLOMON JONES, Appellant, *v.* JOSEPH WITTNER, Respondent.

*Jones* v. *Wittner*, 79 Hun, 283, affirmed.
(Argued December 10, 1896; decided December 24, 1896.)

APPEAL from a judgment of the General Term of the Supreme Court in the first judicial department, entered June 23, 1894, which affirmed a judgment in favor of defendant entered upon a decision of the court dismissing the complaint on trial at Special Term.

*Adolph Cohen* for appellant.

*David Leventritt* and *Harold Nathan* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except ANDREWS, Ch. J., and BARTLETT, J., not voting.

---

DANIEL DALEY, Respondent, *v.* THE UNION DRY DOCK COMPANY, Appellant.

*Daley* v. *Union Dry Dock Co.*, 9 Misc. Rep. 394, affirmed.
(Argued December 11, 1896; decided January 19, 1897.)

APPEAL from a judgment of the General Term of the Superior Court of Buffalo, entered July 11, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Adelbert Moot* for appellant.

*John Cunneen* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.